AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the
District of New Hampshire

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
In re The Search of 31 Electronic Devices

Case No. 1:24-mj- 252-01-TSM

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A-1 through A-31

located in the ______ District of New Hampshire, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ❒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1030 | Fraud and related activity in connection with computers |
| 18 U.S.C. § 1029 | Fraud and related activity in connection with access devices |
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. §§ 1956, 1957 | Money Laundering |
| 18 U.S.C. § 371 | Conspiracy |

The application is based on these facts:
See Attached

☑ Continued on the attached sheet.

❒ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ________ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Christopher Dolan
*Applicant's signature*

Christopher Dolan, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephonic means *(specify reliable electronic means)*.

Date: **Oct 1, 2024**

*Judge's signature*

City and state: Concord, New Hampshire

Talesha L. Saint-Marc, U.S. Magistrate Judge
*Printed name and title*